# EXHIBIT G

Christopher F. Johnson ( )<br>
Attorney for Defendant Baker and Sons Equipment Company

## IN THE COMMON PLEAS COURT OF CLARK COUNTY, OHIO
## CIVIL DIVISION

| | | |
|---|---|---|
| **BUCKEYE RESOURCES, INC.,** | * | **CASE NO. 2011 CV 0027** |
| Plaintiff | | **Judge Douglas M. Rastatter** |
| v. | * | |
| **DURA TECH INDUSTRIES, et al.,** | | <u>**MOTION FOR LEAVE TO FILE**</u> |
| | | <u>**MOTION FOR SUMMARY**</u> |
| Defendants. | * | <u>**JUDGMENT**</u> |

---

Now comes Baker and Sons, Inc., and incorporates by reference as if fully rewritten herein the motion for leave to file its motion for summary judgment and associated memorandum filed by defendant Dura Tech Industries on September 29, 2010.

Respectfully submitted,

*/s/ Christopher F. Johnson*

Christopher F. Johnson (OH05240)
FREUND, FREEZE & ARNOLD
Fifth Third Center
1 South Main Street, Suite 1800
Dayton, OH 45402-2017
Phone: (937) 222-2424
Fax: (937) 222-5369
cjohnson@ffalaw.com
Attorney for Defendant Baker and Sons Equipment Company

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served this 2nd day of March, 2011, via regular mail upon the following:

Mr. Austin R. Wildman (0031287)
Wildman & Associates, LLC
2 South Main Street
London, OH 43140
740-852-8383
Attorney for Plaintiff

Mr. Scott A. Campbell (0064974)
Thompson Hine LLP
41 South High St., Ste. 1700
Columbus, OH 43215-6101
614-469-3200/Fax: 614-469-3361
Scott.Campbell@ThompsonHine.com
Attorney for Defendant DuraTech Industries International, Inc.

_____
Christopher F. Johnson